OPINION — AG — ** PURCHASE OF PROPERTY — SCHOOLS — REVOLVING FUND ** CAN THE STATE BOARD OF EDUCATION PURCHASE 70 ACRES OF LAND ADJACENT TO THE CAMPUS OF THE SCHOOL FOR THE DEAF, TO BE PAID FOR OUT OF THE OKLAHOMA SCHOOL FOR THE DEAF'S REVOLVING FUND ? — AFFIRMATIVE CITE: OPINION NO. MARCH 19, 1949, 62 O.S. 161 [62-161], 62 O.S. 166 [62-166] 70 O.S. 1742 [70-1742] (FRED HANSEN)